IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ELMER PUPO, #76084-004                                             PETITIONER

VS.                                     CIVIL ACTION NO. 5:12cv2-DCB-JMR

VANCE LAUGHLIN, WARDEN                                             RESPONDENT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the Chief United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the Chief United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of Chief United States Magistrate Judge John M. Roper be, and the same is hereby, adopted as the finding of this Court, and the Petition for Writ of Habeas Corpus should be denied for failure to exhaust administrative remedies.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the __13th__ day of July, 2012.

                                    s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE